UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>      Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>      Defendants. | Civil Action No. 25-1811 (ABJ) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 7, 2025, Minute Order and this Court's Standing Order No. 25-59 (Nov. 13, 2025), Plaintiff, American Oversight, and Defendants, the United States Department of Homeland Security ("DHS") and the United States Immigration and Customs Enforcement ("ICE"), respectfully submit the following joint status report.

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") concerning FOIA requests submitted on or about April 10, 2025. Plaintiff filed the Complaint (ECF No. 1) on June 10, 2025, and Defendants filed the Answer (ECF No. 5) on July 17, 2025.

2. DHS reports that its searches identified a total of 162 pages of potentially responsive records. For its first production, on August 29, 2025, DHS reviewed those 162 pages and determined 110 pages were duplicative or non-responsive. Of the remaining 52 pages, a total of 20 pages were released in full or in part, 4 with withheld in full, and 28 were referred for consultation with other agencies. DHS made a second production on September 19, 2025, based on 11 pages received back from consultations. That production included 1 page released in full and conveyed a determination to withhold 10 additional pages in full. DHS anticipates making its next production on or before January 30, 2026.

3.  ICE reports that it has conducted preliminary searches and identified approximately 1,025 pages of potentially responsive records. ICE will endeavor to process approximately 500 pages per month and expects to make monthly productions beginning on or around January 30, 2026.

4.  The parties do not anticipate an *Open America* stay in this action.

5.  It is premature to determine whether summary judgment briefing or *Vaughn* indices will be required, but the parties will work together cooperatively throughout this litigation in an effort to narrow or resolve their disputes.

6.  The parties respectfully request that they file their next joint status report by March 30, 2026, ninety days after this joint status report was due.

Dated: December 19, 2025

/s/ Emma Lewis
Emma Lewis
D.C. Bar No. 144574
Loree Stark
D.C. Bar No. 90021926
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Andrew J. Vaden
ANDREW J. VADEN
Assistant United States Attorney
D.C. Bar #1044860
601 D Street, NW
Washington, DC 20530
(202) 252-2437
andrew.vaden@usdoj.gov

*Attorney for the United States of America*