UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN OVERSIGHT,

        Plaintiff,

    v.

DEPARTMENT OF HOMELAND
SECURITY, et al.,

        Defendants.

Civil Action No. 25-1811 (ABJ)

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants the U.S. Department of Homeland Security ("DHS") and U.S. Immigration and Customs Enforcement ("ICE") respectfully move for a fourteen-day extension of the parties' time to submit a Joint Status Report to July 15, 2026. A proposed order is attached.

In support of this Motion, Defendants state as follows:

1.      The parties' deadline for submitting their next status report in this FOIA litigation is currently July 1, 2026. *See* Minute Order dated July 1, 2026.

2.      Defendants respectfully submit that good cause exists for the requested fourteen-day extension, as the parties require additional time to confer on the contents of the joint submission. This is the first extension of this deadline requested by either party and the requested extension would not affect any other deadlines in this case.

3.      Pursuant to Local Civil Rule 7(m), the undersigned conferred via electronic mail with Plaintiff's counsel, who advised that Plaintiff does not oppose this motion.

Dated: July 1, 2026

Respectfully submitted,

_/s/ Andrew J. Vaden_
ANDREW J. VADEN, D.C. Bar #1044860
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2437

*Attorney for the United States of America*